THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BOGDAN, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— (The order directs the sheriff of Monroe county to return relator to the custody of defendant to complete sentence imposed upon him.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

HENRY A. HEBARD, Respondent, v. EDWARD PAYER et al., Appellants.— (The judgment is for plaintiff in an automobile negligence action. The order denies motions by defendants for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

CATHERINE TINDALL, Appellant, v. CATHERINE M. CUNNINGHAM et al., Respondents.— (*Allen* v. *LaVaud*, 213 N. Y. 322; *Matter of Smith*, 95 N. Y. 516.) All concur, except Crosby, P. J., not voting. (The judgment dismisses the complaint in an action to set aside conveyance of realty. The order grants a motion of defendants for a nonsuit and cancels the *lis pendens*.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARIE DUDZIK, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Present — Cunningham, Taylor, Harris and McCurn, JJ.

VERA ANDRASIAK, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Present — Cunningham, Taylor, Harris and McCurn, JJ.

ELIZABETH KOSTRABA, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Present — Cunningham, Taylor, Harris and McCurn, JJ.

LOTTIE L. GAC, Respondent, v. JULIA M. MAJKSZAK, Appellant.— Present — Cunningham, Taylor, Dowling and Harris, JJ.